702 A.2d 343

IN THE MATTER OF JOSEPH T. MARGRABIA,
AN ATTORNEY AT LAW.

Decided November 10, 1997.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **JOSEPH T. MARGRABIA** of **GLASSBORO**, who was admitted to the bar of this State in 1994, and who was suspended from the practice of law for three months effective August 6, 1997, by Order of this Court dated July 11, 1997, be restored to the practice of law, effective immediately.